**Order entered September 4, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01348-CR

### DETRICK BLAIR DEAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82171-2015**

### ORDER

The August 31, 2020 motion of appellant's substitute counsel to extend the time to adopt, amend or supplement appellant's brief is hereby GRANTED, and the deadline is extended to September 30, 2020.

/s/    LANA MYERS
JUSTICE